# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cassandra Mahler and Laurie Munsterman, | Civil No. 10-1756 (RHK/JJG) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Capital Management Services, L.P., Denise Doe and April Doe, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 11), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 18, 2010

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge